UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD E. PHILLIPS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:09-cv-01443-JHH-HGD |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER**

Defendants Willis and Hawkins' June 30, 2011, objections (Doc. 38) to the June 6, 2011, Magistrate Judge's Report and Recommendation (Doc. 36) are DENIED.

After careful consideration of the record in this case, including the Magistrate Judge's Report and Recommendation and the objections thereto, the court ADOPTS the said report and recommendation and it is ORDERED, ADJUDGED AND DECREED that the special report filed by defendants Willis and Hawkins (Doc. 24) is considered as a motion for summary judgment, and, as such, is DENIED.

Defendants Willis and Hawkins are hereby ORDERED to file an answer within twenty (20) days of the entry date hereof.

**DONE** this the   27th   day of July, 2011.

*James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE